Lilly Ann Sanchez
Shareholder

305.503.5503
lsanchez@thelslawfirm.com

Four Seasons Tower – 15th Floor
1441 Brickell Avenue
Miami, Florida 33131

www.thelslawfirm.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/13

October 28, 2013

**Via Facsimile**

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Jamil Bouchareb*
            Case No. 09-CR-00463

Dear Judge Marrero:

    We are writing to request permission for Defendant Jamil Bouchareb to travel liberally upon the start of his Supervised Release on November 4, 2013. Mr. Bouchareb's Probation Officer Charisse Garcia has stated that she has no objection to this request. She states that Mr. Bouchareb has been fully compliant with his conditions. We have also communicated with Assistant United States Attorney Eugene Ingoglia, the assigned prosecutor to the case, and he has no objection. Mr. Bouchareb traveled at least ten prior times while on pretrial release. He never had any issues and always reported immediately upon his return.

    In addition, Mr. Bouchareb seeks permission for self-employment through his marketing company German Corp., LLC that has been open since January 2009. There are no restrictions in his Pre-sentence Investigation Report or in the Judgment and Commitment Order as to self-employment. Mr. Bouchareb's Probation Officer Charisse Garcia and Assistant United States Attorney Eugene Ingoglia have stated that they also have no objections to this request.

    Please do not hesitate to contact me with any questions or concerns.

Respectfully Submitted,

Lilly Ann Sanchez

---

Request GRANTED. The bail conditions of defendant
Jamil Bouchareb herein are modified to
authorize self-employment and relaxation
of travel restrictions
for the purposes and on the terms and conditions set forth above.

SO ORDERED.

10-28-13
DATE      VICTOR MARRERO, U.S.D.J.



**L·S LAW FIRM**